

Attorney at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2020

577 Summit Avenue
Hackensack, New Jersey 07601
Tel: 201-487-5225
Fax: 201-487-8807
email: lgdefense@yahoo.com

**MEMO ENDORSED**

> Application GRANTED. The Clerk of Court is respectfully directed to terminate the pending motion at docket entry 120.
>
> SO ORDERED.   Date: 04/13/2020
>
> *Valerie Caproni*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

April 10, 2020

VIA CM/ECF
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
 for the Southern District of New York
U.S. Court House
500 Pearl Street
New York, New York 10007

Re:   United States v. Josiah Velazquez
Cr.No. 19-862 (VEC)

Dear Judge Caproni:

Subsequent to submission of defendant's motion for release on bail, I have been advised by the defendant and his family that due to travel and other restrictions as a result of the coronavirus, travel to Texas from New York at this time is extremely complicated, and the defendant's return to Texas would be almost impossible.

Accordingly, I am writing to advise the court and the government, that defendant wishes to withdraw the pending motion without prejudice to reinstating it at a later date.

I apologize to the court for any inconvenience and thank Your honor for your attention to this matter.

Respectfully,

LINDA GEORGE

LG:ms
encls. as above
cc: As per Certification of Service filed CM/ECF